

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2021

No. 04-21-00058-CV

**DIAMOND ENVIRONMENTAL MANAGEMENT, L.P.**; Bexar County Emergency Service District No. 5; and Bexar County Emergency Service District No. 10,
Appellants

v.

**CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-26125
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellee, the City of San Antonio's, brief was originally due on June 25, 2021. Appellee has been granted one previous extension until July 26, 2021. On July 26, 2021, appellee filed an unopposed motion requesting a thirty-day extension of time in which to file its brief. The motion is GRANTED and appellee is ORDERED to file its brief **no later than August 25, 2021.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court